## Drasin v. Philadelphia School District et al., Appellants.

Argued January 26, 1939. Before KEPHART, C. J., SCHAFFER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*Robert von Moschzisker* and *Franklin S. Edmonds*, for appellants.

*Wesley Hurst Caldwell,* with him *Abraham Koppelman,* for appellee.

*Wm. A. Schnader,* with him *Louis F. Floge* and *Bernard G. Segal,* for United Committee, under Rule 61.

OPINION BY MR. JUSTICE DREW, March 30, 1939:

The facts in this case raise the identical questions of law as those presented in the case of *Smith v. Philadelphia School District,* 334 Pa. 197. For the reasons therein stated, the School District was entitled to reduce appellee's salary in the instant case by the resolution of January 11, 1938. Therefore, appellants should be directed to enter into a contract in the manner and form prescribed by the Tenure Act in the sum of $2,200. The record is remitted to the court below for the purpose of entering a judgment in conformity herewith.

Judgment, as modified, affirmed; costs to be paid by appellants.